[No. 36838-2-II.   Division Two.   January 13, 2009.]

JIM J. SCHACHER, *as Personal Representative, Appellant*, v. MARILYN FEIK, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-2-00783-4, Roger A. Bennett, J., entered September 10, 2007. *Reversed* and *remanded* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Hunt, J.

[No. 36886-2-II.   Division Two.   January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNIE MICHAEL HENKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05772-6, Ronald E. Culpepper, J., entered September 7, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37019-1-II.   Division Two.   January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARLIN KEONE SOUZA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03568-2, Frank E. Cuthbertson, J., entered November 14, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 37020-4-II.   Division Two.   January 13, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY ROBERT BURKE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00367-6, George L. Wood, J., entered November 2, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.